**GALATEA DeLAPP  #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   **NAUL VASQUEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>NAUL VASQUEZ,<br>*Defendant*.<br>_____ | 1:94-cr-05092<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for **March 4, 2009  may be continued to March 18, 2009 at 1:30 PM**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

LAWRENCE G BROWN
Acting United States Attorney

DATED: March 3, 2009          By     /s/ Stanley A. Boone
                                     KEVIN ROONEY
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

| | |
|---|---|
| DATED: March 3, 2009 | /s/ Galatea DeLapp<br>***GALATEA DeLAPP*** Attorney for<br>***NAUL VAQUEZ*** |

**ORDER**

IT IS SO ORDERED.

**Dated:**   March 3, 2009                             /s/ Gary S. Austin
                                                                    UNITED STATES MAGISTRATE