LAWRENCE G. BROWN
Acting United States Attorney
KEVIN P. ROONEY, AUSA
Robert E. Coyle Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:94-CR-5092 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE CASE |
| v. ) | FOR STATUS CONFERENCE |
| ) | |
| ) | |
| ) | DATE: April 15, 2009 |
| NAUL VASQUEZ, ) | TIME: 1:30 p.m. |
| ) | PLACE: Courtroom 9 |
| Defendant. ) | Honorable Dennis L. Beck |
| ) | |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing presently set for a status conference on April 15, 2009 at 1:30 p.m. is continued to May 13, 2009, at 1:30 p.m., before the Honorable Dennis L. Beck, Courtroom 9, and time is ordered excluded for Speedy Trial Act purposes pursuant to 18 U.S.C. § 3161 in the interest of justice and to enable the parties to conduct discovery and to negotiate a disposition.

IT IS SO ORDERED.

Dated:   **April 13, 2009**                    **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE