**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   **NAUL VASQUEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) 1:94-CR-05092-002 OWW |
| v. | ) STIPULATION TO TERMINATE |
| NAUL VASQUEZ, | ) SUPERVISED RELEASE; AND ORDER |
| *Defendant*. | ) THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein that defendant's term of supervised release should be terminated in the above captioned matter..

This agreement is made based on the following facts: On *December 23, 2008* defendant was charged with a violation of supervised release. Defendant admitted this violation on *May 13, 2009.* The violation was based on drug use conduct which also subjected the defendant to state charges in Modesto, California and for which defendant had entered a guilty plea and for which defendant was anticipating sentencing to and entry into a drug treatment program pursuant to California proposition 16. On *June 8, 2009*, based on the agreements of counsel and with full disclosure of the above factual basis this honorable court revoked defendant's supervised release, sentenced the defendant to credit for time

1  served, reimposed a term of supervised release until *April 2010*, and ordered defendant to
2  serve a period of home detention lasting 120 days. All parties agreed that the home
3  detention was to occur while defendant was awaiting confirmation that he had been
4  sentenced to and accepted into the state drug program pursuant to proposition 16. All parties
5  agreed and this court advised that should the defendant successfully complete his 120 days
6  of home detention, have no new violations of supervised release during that time, and be
7  accepted into the state program, the court would terminate the remaining balance of
8  defendant's supervised release upon request of counsel.
9      Defendant's supervised release officer, Phil Hendley has notified counsel that
10 defendant has successfully completed his 120 days of home detention, has had no new
11 violations, and has been accepted into the state program. Counsel have conferred and agree
12 that it is now appropriate that defendant be terminated from supervised release. Based on
13 these facts, the defendant hereby moves this court for an order terminating defendant's
14 supervised release.

16 DATED: December 17, 2009                    /s/ Galatea DeLapp

17                                             ***GALATEA DeLAPP*** Attorney for
                                                ***NAUL VASQUEZ***

19 DATED: December 17, 2009                    ***McGREGOR M. SCOTT***
                                                United States Attorney

21                                       By    /s/Kevin Rooney
                                                ***KEVIN ROONEY***
22                                              Assistant United States Attorney
                                                Attorney for Plaintiff

24
   IT IS SO ORDERED.
25
   **Dated:   December 18, 2009**              /s/ Oliver W. Wanger
26                                              UNITED STATES DISTRICT JUDGE

27

28